**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**


JORGE L. NIEBLA,

       Plaintiff,

v.                                      CASE NO.  5:08cv102-RH/EMT

GEORGE W. BUSH,

       Defendant.

_____/


**<u>ORDER OF DISMISSAL</u>**


       This matter is before the court on the magistrate judge's report and recommendation (document 6) and a "notice of appeal" (document 12).  The "notice of appeal" sets forth arguments directed to the report and recommendation. The report and recommendation is not an appealable order.  I construe the "notice of appeal" as a set of objections to the report and recommendation.  I have reviewed *de novo* the issues raised by the objections.

       The report and recommendation correctly concludes that the complaint should be dismissed because of the plaintiff's failure either to pay the filing fee or to move for leave to proceed *in forma pauperis* and based on the plaintiff's failure

to comply with the magistrate judge's order to do one or the other.

In addition, it bears noting that the complaint, which seeks relief against President Bush based on the alleged failure of state correctional authorities to provide a safe environment for the plaintiff while he serves a state sentence, is frivolous on its face.  The plaintiff thus would not have been entitled to proceed *in forma pauperis* in this court even if he had moved for leave to do so.  Further, I find that any appeal from the judgment that will be entered dismissing this action will not be taken in good faith.  I hereby certify pursuant to 28 U.S.C. §1915(a)(3) and Federal Rule of Appellate Procedure 24(a) that any appeal will not be not taken in good faith and that plaintiff is not otherwise entitled to proceed *in forma pauperis* on appeal.  Accordingly,

IT IS ORDERED:

1.  The report and recommendation is ACCEPTED and adopted as the opinion of the court.

2.  The clerk must enter judgment stating, "This action is DISMISSED without prejudice."

3.  Leave to proceed *in forma pauperis* either in this court or on appeal is

DENIED.

    4.  The clerk must close the file.

    SO ORDERED on August 6, 2008.

                       s/Robert L. Hinkle_____
                       Chief United States District Judge